IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

LUCIANA CHAPMAN on behalf of
  SHUNIECE CHAPMAN                                                        PLAINTIFF

v.                                 NO.  3:08cv00019 JWC

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                          DEFENDANT

## JUDGMENT

Judgment is hereby entered in accordance with the Court's Memorandum and Order entered this date.  This case is hereby reversed and remanded for action consistent with the Court's opinion.  This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 23rd day of October, 2008.

_____
UNITED STATES MAGISTRATE JUDGE